David D. Miller (State Bar No. 66863)
Nicholas S. King (State Bar No. 179605)
Patricia I. James (State Bar No. 90633)
MILLER, KING & JAMES, LLP
ATTORNEYS AT LAW
707 Broadway, Suite 1800
San Diego, CA 92101-5314
Telephone: 619.685.0077
Facsimile: 619.685.0011
Attorneys for: Plaintiffs

David J. Noonan (55966)
  dnoonan@knlh.com
Jacob M. Slania (200652)
  jslania@knlh.com
Lauren E. Butz (246668)
  lbutz@knlh.com
KIRBY NOONAN LANCE & HOGE LLP
600 West Broadway, Suite 1100
San Diego, California 92101-3387
Telephone: (619) 231-8666
Facsimile (619) 231-9593
Attorneys for Defendants NATIONAL SPORTING GOODS,
DAVID JACOBS and GREGG ADELSHEIMER

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINO DISTRIBUTION NETWORK USA, LLC, A NEVADA LIMITED LIABILITY COMPANY DBA RAD2GO AND RAD2GO, INC., A CALIFORNIA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL SPORTING GOODS, DAVID JACOBS, GREG ADELSHEIMER AND DOES 1 THROUGH 20, INCLUSIVE<br><br>Defendants. | Case No: 06CV 2338 JM RBB<br><br>JOINT MOTION TO GRANT DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS AND ALLOW PLAINTIFFS LEAVE TO AMEND WITHIN 45 DAYS AND ORDER THEREON<br><br>Date: April 13, 2007<br>Time: 11:00 a.m.<br>Judge: Honorable Jeffrey T. Miller<br>Courtroom: 6 |

Plaintiffs SINO DISTRIBUTION NETWORK USA, LLC, A NEVADA LIMITED

LIABILITY COMPANY DBA RAD2GO and RAD2GO, INC., A CALIFORNIA

1

1  CORPORATION, by and through their attorneys of record, Miller, King & James, LLP and
2  Defendants NATIONAL SPORTING GOODS, DAVID JACOBS and GREG
3  ADELSHEIMER, by and through their attorneys of record, Kirby Noonan Lance & Hoge LLP
4  hereby make their joint motion for this Court to grant Defendants' currently pending Motion to
5  Dismiss Plaintiffs' complaint on the grounds that Plaintiffs lacked the capacity to sue at the
6  time their complaint was filed. Plaintiffs also acknowledge that, as of the date of this joint
7  motion, they still lack the capacity to sue.
8        However, a dismissal is not to be immediately entered but instead the Plaintiffs shall be
9  given forty-five (45) days within which to (i) bring the corporate Plaintiffs into good standing;
10  and (ii) amend their complaint. If both of these conditions are not met within that forty-five
11  (45) day period, the Court shall then enter a dismissal of the case with prejudice.
12  Dated: April 13, 2007      MILLER, KING & JAMES, LLP
13
14       By: /s/ Patricia I. James
15       David D. Miller
     Nicholas S. King
     Patricia I. James
16       Attorneys for Plaintiffs
17  Dated: April 13, 2007      KIRBY NOONAN LANCE & HOGE LLP
18
19       By: /s/ Jacob M. Slania
20       David J. Noonan
     Jacob M. Slania
     Lauren E. Butz
21       Attorneys for Defendants
22                                               **ORDER**
23        GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendants' Motion
24  to Dismiss is granted because Plaintiffs lacked the capacity to sue at the time their complaint
25  was filed. Furthermore, Plaintiffs continue to lack the capacity to sue. However, a dismissal
26  will not be immediately entered but, instead, the Plaintiffs shall be given forty-five (45) days
27                                                  2
28  JOINT MOTION TO GRANT DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS
    AND ALLOW PLAINTIFFS LEAVE TO AMEND WITHIN 45 DAYS AND ORDER
                                          THEREON

within which to (i) bring the corporate Plaintiffs into good standing; and (ii) amend their complaint. If both of these conditions are not met within that forty-five (45) day period, the case will be dismissed with prejudice.

Dated:

_____
Judge of the District Court

**JOINT MOTION TO GRANT DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS AND ALLOW PLAINTIFFS LEAVE TO AMEND WITHIN 45 DAYS AND ORDER THEREON**

Sino Distribution Network v. National Sporting Goods, et al.
Southern District of California, Case No. 06CV 2338 JM RBB

## PROOF OF SERVICE

I, Monica M. Dube, the undersigned declare that I am, and was at the time of service of the papers referred to herein, over the age of eighteen years, and not a party to the action. My business location is 707 Broadway, Suite 1800, San Diego, California 92101-5314. On April 13, 2007, I served a true copy of the following document on all interested parties in this action as follows:

1. **JOINT MOTION TO GRANT DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS AND ALLOW PLAINTIFFS LEAVE TO AMEND WITHIN 45 DAYS AND ORDER THEREON.**

Jacob M. Slania, Esq.                                    Attorneys for Defendants
KIRBY NOONAN LANCE & HOGE LLP
600 West Broadway, Suite 1100
San Diego, California 92101-3387
Facsimile (619) 231-9593

X   **U.S. MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Accordingly, the above-referenced document(s) were enclosed in a sealed envelope which, in the ordinary course of business, will be deposited with the United States Postal Service the same day; and said envelope was addressed as shown on the attached service list.

X   **BY FAX:** I transmitted a copy of the foregoing document(s) on this date by facsimile transmittal to the number shown on the service list.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 13, 2007 at San Diego, California.

_____
Monica M. Dube

PROOF OF SERVICE