UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAD2GO, INC. A CALIFORNIA CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL SPORTING GOODS, DAVID JACOBS, GREGG ADELSHEIMER AND DOES 1 THROUGH 100,<br><br>Defendants. | CASE NO. 06CV 2338 JM RBB<br><br>**ORDER** |

The Court having considered Defendants *Ex Parte* Application for an Order dismissing the above referenced case, and all papers submitted in conjunction therewith, and good cause appearing, HEREBY ORDERS as follows:

1. Defendants' *Ex Parte* Application for an Order to dismiss this lawsuit is granted, and Case No. 06CV 2338 JM RBB, titled Rad2Go, Inc., a California Corporation vs. National Sporting Goods, et al., is hereby dismissed without prejudice.

IT IS SO ORDERED.

DATED: September 24, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge

KNLH\487333.1

06CV 2338 JM RBB
PROPOSED ORDER